LURA A. BURNHAM, Respondent, *v.* JOHN J. BENNETT, JR., as Attorney-General of the State of New York, et al., Appellants.

(Argued June 6, 1932; decided June 21, 1932.)

*John J. Bennett, Jr., Attorney-General (Harold P. Burke* of counsel), for appellants.

*Robert W. Fisher* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.